UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DORENE JIMENEZ,** | ) Case No.: |
| Plaintiff, | ) |
| v. | ) **CIVIL COMPLAINT** |
| **ESCALLATE, LLC,** | ) **AND** |
| Defendant | ) **JURY TRIAL DEMAND** |

**CIVIL COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff, Dorene Jimenez, (hereinafter "Plaintiff"), by and through her undersigned attorney, alleges against the Defendant, Escallate, LLC (hereinafter "Defendant") as follows:

**PRELIMINARY STATEMENT**

1. This is an action for damages arising from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*. ("TCPA").

**JURSIDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227(b)(3).

3. Venue is proper in this district under 28 U.S.C § 1391(b).

**PARTIES**

4. Plaintiff, Dorene Jimenez, is a natural person, who at all relevant times has resided in the City of Meriden, New Haven County, State of Connecticut.

5. Defendant, Escallate, LLC, is a Limited Liability Company formed in the State of Ohio, and at all relevant times was doing business in the State of Connecticut, with its corporate offices located at 5200 Stoneham Road, Suite 200, North Canton, OH 44720.

### **FACTUAL STATEMENT**

6. On or about August 20, 2016, Plaintiff began receiving automated/autodialed telephone calls from the Defendant on Plaintiff's cellular telephone number (203)-xxx-5686.

7. From August 20, 2016 thru September 17, 2016, in an attempt to collect an alleged debt, Defendant placed a total of at least sixteen (16) telephone calls to Plaintiff's cellular phone number (203) –xxx-5686, on the following dates and times:

08/20/2016   8:12 AM

08/23/2016   8:35 AM

08/24/2016   8:40 AM

08/26/2016   3:29 PM

08/29/2016   8:27 AM

09/01/2016   8:03 AM

09/02/2016   8:24 AM

09/06/2016   8:36 AM

09/09/2016   12:07 PM

09/10/2016   9:10 AM

09/12/2016   8:47 AM

09/13/2016   8:38 AM

09/14/2016   8:42 AM

09/15/2016   8:13 AM

09/16/2016  10:34 AM

09/17/2016  9:57 AM

8. All of such phone calls were made from (844) 286-6507 which belongs to Defendant.

9. On each and every automated/autodialed call received by the Plaintiff from the Defendant, the Defendant was seeking to collect a debt from an individual named "Miguel Garcia" – not the Plaintiff or anyone the Plaintiff even knows.

10. Plaintiff is not the individual that Defendant was attempting to reach to collect on an alleged consumer debt.   Plaintiff never gave consent to be called by Defendant on her cellular phone and Plaintiff has no existing or prior business relationship with Defendant.

11. Defendant did not have consent to call Plaintiff's cellular telephone through the use of an auto dialer and all of Defendant's calls to Plaintiff were place through the use of an automated telephone dialing system.

12. As a result of the foregoing actions, Plaintiff has been damaged and is entitled to relief.

<u>COUNT I</u>
<u>VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT</u>
<u>47 U.S.C. §227 et seq.</u>

13. Plaintiff repeats and realleges the allegations contained in Paragraph 1-12 of the Complaint as if fully set forth herein.

14. Defendant called Plaintiff's cellular telephone number through the use of an automated telephone dialing system without Plaintiff's consent, looking for a person named "Miguel Garcia", who is not the Plaintiff or a person the Plaintiff even knows, fifteen (15) times in violation of the TCPA.

15. Plaintiff has been damaged by Defendant's actions which constitute violations of 47 U.S.C. § 227(b)(1)(A)(iii), as well as any other applicable provisions of the TCPA, and its conduct is not exempt from the proscriptions of the statute.

WHEREFORE, Plaintiff, Dorene Jimenez, respectfully requests judgment as follows:

a. Enter Judgment declaring Defendant's actions, as described above, to be in violation of the TCPA;

b. Enter Judgment against Defendant for all violations of 47 U.S.C. § 277(b)(1)(A)(iii);

c. Enter Judgment against Defendant for statutory damages for each violation of 47 U.S.C. § 227(b)(1)(A)(iii) or treble damages for each such violation of the statute as the Court deems willful; and

d. Granting such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Date: January 9, 2017

Respectfully Submitted,

s/ Peter M. Van Dyke
Peter M. Van Dyke, Esq., ct24747
Eagan, Donohue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT 06107
Tel: 860-232-7200
Email: pvd@eddf-law.com
*Attorney for Plaintiff Dorene Jimenez*