UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DORENE JIMENEZ,<br><br>        Plaintiff,<br><br>v.<br><br>ESCALLATE, LLC,<br><br>        Defendant. | CIVIL ACTION NO. 3:17-cv-00041 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| DORENE JIMENEZ,<br>By her attorneys,<br><br>*/s/ Peter M. Van Dyke*<br>Peter M. Van Dyke<br>#ct24747<br>pvd@eddf-law.com<br>Eagen, Donohue, Van Dyke & Falsey, LLP<br>24 Arapahoe Road<br>West Hartford, CT 06107<br>(860) 232-7200 | ESCALLATE, LLC,<br>By its attorneys,<br><br>*/s/ Ian J. Gemmell*<br>Ian J. Gemmell<br>#ct28816<br>igemmell@peabodyarnold.com<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>(617) 951-2100 |

Dated: May 12, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2017, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                              */s/ Ian J. Gemmell*
                              Ian J. Gemmell

1218250_1
16021-201559